IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v().

VINCENT A. LOCASTRO,

    Defendant.

Criminal No.: 09-349

FILED ELECTRONICALLY

### ORDER OF COURT

AND NOW this 5th day of August, 2010, upon consideration of defendant's Motion to Amend Pre-trial Travel Restrictions, it is ORDERED, ADJUDGED and DECREED that said motion is granted. Defendant may travel outside of the Western District of Pennsylvania in August 2010 but must remain inside the United States.

BY THE COURT:

_____ J.

1784435